UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Molly Morgan

v. Case No. 26-cv-395-LM-TSM

Colby-Sawyer College

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 29, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

Pursuant to Local Rule 42.1(c), this case and 26-cv-890-JL-TSM are consolidated for all purposes. Civil case 26-cv-890-JL-TSM is designated as the main case and this case, 26-cv-395-LM-TSM, is statistically closed.

Landya B. McCafferty
United States District Judge

Date: November 23, 2026

cc: Molly Morgan, pro se